IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| TINA WALTON, | ) |
| Plaintiff, | ) Case No. 3:18CV00012 JTK |
| v. | ) |
| NANCY BERRYHILL, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Plaintiff Tina Walton filed a Motion to Dismiss Without Prejudice on March 1, 2018. (Doc. No. 6). In the motion, Walton indicates that she has elected to pursue this matter further in Case No. 3:18cv000032-JTK. Accordingly, the Court hereby DISMISSES Plaintiff's Complaint without prejudice.

SO ORDERED this 5th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE