IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TINA WALTON,                              )
                                          )
    Plaintiff,                            )   Case No.  3:18CV00012 JTK
                                          )
v.                                        )
                                          )
NANCY BERRYHILL, Commissioner,            )
Social Security Administration,           )
    Defendant.                            )

# FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 5th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE